

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ricky Joseph Martinez,                    * From the 104th District
                                            Court of Taylor County,
                                            Trial Court No. 18566B.

Vs. No. 11-14-00203-CR                    * November 6, 2014

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)


This court has considered Ricky Joseph Martinez's motion to dismiss his appeal and concludes that the motion should be granted.  Therefore, in accordance with this court's opinion, the appeal is dismissed.